IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON HEATH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-cv-10976 |
| | ) | |
| v. | ) | |
| | ) | Honorable Sharon Johnson Coleman |
| JOLIET POLICE OFFICER, | ) | |
| JENNIFER GRUBER (Star #331), | ) | |
| In her individual capacity; JOLIET | ) | |
| POLICE OFFICER JACK DESIDERIO, | ) | |
| (Star #113), in his individual capacity; and | ) | |
| CITY OF JOLIET, a municipal | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION TO DISMISS**

Plaintiff, Jason Heath ("Plaintiff") by his attorneys, Ian M. Barney and Jordan Marsh, and Defendants, City of Joliet, Jennifer Gruber, and Jack Desiderio ("Joliet Defendants") by and through their attorneys, John M. O'Driscoll, Darcy L. Proctor and Andrew J. O'Donnell of Tressler LLP, hereby stipulate to the dismissal of Plaintiff's claims against the Joliet Defendants. Plaintiff and the Joliet Defendants agree as follows:

1.      Plaintiff's claims against the Joliet Defendants are dismissed without prejudice. This dismissal shall be deemed with prejudice forty-five (45) days from the date of this Order, unless the Court orders otherwise upon timely motion of the parties.

2.      Each party shall bear their own attorney's fees, costs, and expenses.


/s/ Ian M. Barney
Ian M. Barney
Attorney for Plaintiff
Barney Hammond LLP
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois  60604

/s/ Andrew O'Donnell
Andrew O'Donnell
Attorney the City of Joliet
Tressler LLP
233 S. Wacker Dr., 61st Floor
Chicago, Illinois  60606


Date: 1/22/26

Date: 1/21/26